STATE OF CONNECTICUT *v.* KENNETH RUGGLES
(6519)

BORDEN, O'CONNELL and FOTI, Js.

Argued April 10—decision released April 11, 1990

*Kenneth B. Ruggles,* pro se, the appellant (defendant).

*Julia DiCocco Dewey,* assistant state's attorney, with whom, on the brief, were *Walter Flanagan,* state's attorney, and *Brian Cotter,* assistant state's attorney, for the appellee (state).

PER CURIAM. There is no error.